# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO
# ALBUQUERQUE

Before the Honorable Karen B. Molzen

United States Magistrate Judge

Clerk's Minutes – Initial

| | | | |
|---|---|---|---|
| Date: | 11/28/2016 | Case Number: | 16-mj-4213 KBM |
| Case Title: USA v. | David Hickman | Liberty: | Gila @ 9:51 am |
| Courtroom Clerk: | E. Romero | Total Time: | 4 minutes |
| Probation/Pretrial: | Andrew Selph | Interpreter: | n/a |

ATTORNEYS PRESENT:

| | | | |
|---|---|---|---|
| Plaintiff: | Peter Eicker | Defendant: | Pro-Se |

PROCEEDINGS:

- ☒ Defendant Sworn
- ☒ Defendant received copy of charging document
- ☒ Defendant advised of rights and penalties
- ☒ Defendant wants Court appointed counsel
- ☒ Government moves to detain
- ☒ Defendant remanded to the custody of the United States Marshal's Service
- ☒ Preliminary/Detention    Gila    11/30/2016    @ 9:30 am
- ☐ Other: